435 A.2d 1309

Zeglin et al., Appellants, v. Farm Family Mutual Insurance Co.

Reargument Denied Oct. 20, 1981.

Petition for Allowance of Appeal Granted Dec. 7, 1981.

Argued November 11, 1980. Stuart J. Horner, Jr., for appellants; Rabe F. Marsh, III, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.